**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P. C.**
   1477 Drew Avenue, Suite 106
   Davis, California 95618
   Telephone:  530.759.0700
   Facsimile:    530.759.0800

**Attorney for Defendant**
JAMES KEVIN DIXON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR.S-08-263 FCD |
| Plaintiff, ) | |
| vs. ) | STIPULATION AND ORDER TO EXCLUDE TIME |
| JAMES KEVIN DIXON, ) | |
| Defendant. ) | |

The parties agree that time beginning January 21, 2009 and extending through March 30, 2009, should be excluded from the calculation of time under the Speedy Trial Act.  The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  In particular, the time is required so that the defense may review and analyze the voluminous discovery generated in this case.  The parties submit that the interest of justice outweighs the best interest of the public and the defendant in a speedy

/ / / / /

/ / / / /

/ / / / /

trial.  18 U.S.C. § 3161(c)(1), (h)(8)(A).

Dated: February 10, 2009                Respectfully submitted,

                                        JOSEPH J. WISEMAN, P.C.


                                        By:    /s/ Joseph J. Wiseman
                                            JOSEPH J. WISEMAN
                                            Attorney for Defendant
                                            JAMES KEVIN DIXON


Dated: February 10, 2009                LAWRENCE G. BROWN
                                        United States Attorney


                                        By:    /s/ Matthew D. Segal
                                            MATTHEW D. SEGAL, AUSA
                                            Attorney for Plaintiff
                                            UNITED STATES OF AMERICA

### ORDER

   GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT that time beginning January 21, 2009 and extending through March 30, 2009, should be excluded from the calculation of time pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) (reasonable time to prepare) and Local Rule T4.

Dated: February 12, 2009

                                            FRANK C. DAMRELL, JR.
                                            UNITED STATES DISTRICT JUDGE