1  **JAMES R. GREINER, ESQ.**
   CALIFORNIA STATE BAR NUMBER 123357
2  **LAW OFFICES OF JAMES R. GREINER**
   555 UNIVERSITY AVENUE, SUITE 290
3  SACRAMENTO, CALIFORNIA 95825
   TELEPHONE:(916) 649-2006
4  FAX: (916) 920-7951
   E mail: jaygreiner@midtown.net
5

6  ATTORNEY FOR DEFENDANT
   ERIC MAYO
7

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.S-08–263-FCD |
| PLAINTIFF, ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO MONDAY, MAY 4, 2009 |
| v. ) | |
| CHARLES BARKSDALE, et al, ) | |
| DEFENDANT. ) | |
| _____) | |

    Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Matthew D. Segal and defendant Donald Taylor by his attorney, Mr. Timothy Zindel, defendant Kevin Dixon, by his attorney, Mr. Joseph J. Wiseman, defendant Jolene Papineau, by her attorney, Mr. Michael B. Bigelow and defendant Eric Mayo by his attorney, Mr. James R. Greiner, hereby stipulate and agree that the status conference calendared for **Monday, March 30, 2009, at 10:00 a.m.** before the Honorable United States Senior District Court Judge, Frank C. Damrell, Jr., may be continued to **Monday, May 4, 2009,  at 10:00 a.m.**

    The Court's relief courtroom deputy, Ms. Monica Narcisse, has been contacted to ensure the Court's calendar was available for that date and the Court is available on Monday, May 4, 2009.

1

Defendant Donald Taylor is out of custody, defendants Kevin Dixon, Jolene Papineau and Eric Mayo are in custody. There is no trial date set.

## PROCEDURAL STATUS OF THE CASE

On May 16, 2009, the government filed a criminal complaint against defendant Donald Taylor, and that same date, Mr. Taylor made his initial appearance. (See Docket Entries # 1 and 3).

On May 30, 2008, the government filed a criminal complaint against defendant Charles Barksdale. (See docket Entry #1). On June 2, 2008, Mr. Barksdale made his initial appearance. (See Docket Entry # 3)

On June 11, 2008, the government filed an Indictment against defendants Charles Barksdale and Donald Taylor. (See Docket Entry # 9)

On July 14, August 18, September 8 and September 29, 2008, status conferences were held in district court, with time excluded under the Speedy Trial Act under Title 18 U.S.C. section 3161(h)(8)(B)(ii) and Local Code T-2 due to the complex nature of the case and Title 18 U.S.C. section 3161(h)(8)(B)(iv) and Local Code T-4, the adequate time needed by counsel to adequately prepare. (See Docket Entries #'s 22, 24, 25, and 27). The Court set a further status Conference for October 20, 2008. (See Docket Entry # 27)

On October 15, 2008, the government filed a complaint against defendant Kevin Dixon. (See Docket Entry # 1).

On October 17, 2008, the Court signed an Order Continuing the Status Conference to November 10, 2008, with time excluded under the Speedy Trial Act under Title 18 U.S.C. section 3161(h)(8)(B)(iv) and Local Code Local Code T-4, the adequate time needed by counsel to adequately prepare.

On October 30, 2008, the government filed a Superseding Indictment as to defendants Charles Barksdale, Donald Taylor, Kevin Dixon, Eric Mayo, Jolene Papineau and Bessie Oakley. (See Docket Entry # 35)

1 | Defendant Bessie Oakley made her initial appearance on October 31, 2008.
2 | (See Docket Entry # 41)
3 | On November 6, 2008, the Court signed an Order Continuing the Status
4 | Conference to November 24, 2008, as to defendants Charles Barksdale, Donald Taylor
5 | and Bessie Oakley, with time excluded under the Speedy Trial Act under Title 18
6 | U.S.C. section 3161(h)(8)(B)(iv) and Local Code  Local Code T-4, the adequate time
7 | needed by counsel to adequately prepare.
8 | On November 18, 2008, the Court signed an Order dismissing defendant Bessie
9 | Oakley from the case. (See Docket Entry # 51)
10 | On November 20, 2008, the Court singed an Order Continuing the Status
11 | Conference to December 15, 2008, with time excluded under the Speedy Trial Act
12 | under Title 18 U.S.C. section 3161(h)(8)(B)(iv) and Local Code  Local Code T-4, the
13 | adequate time needed by counsel to adequately prepare. (See Docket Entry # 54)
14 | On December 4, 2008, defendant Kevin Dixon made his initial appearance. (See
15 | Docket Entry # 59)
16 | On December 10, 2008, defendant Jolene Papineau made her initial appearance.
17 | (See Docket Entry # 60)
18 | On December 15, 2008, a Status Conference was held in District Court and the
19 | matter was continued to January 20, 2009, as to defendants Charles Barksdale, Donald
20 | Taylor, Kevin Dixon and Jolene Papineau, with time excluded under the Speedy Trial
21 | Act under Title 18 U.S.C. section 3161(h)(8)(B)(iv) and Local Code T-4, the adequate
22 | time needed by  counsel to adequately prepare. (See Docket Entry # 65)
23 | On December 17, 2008, defendant Eric Mayo made his first appearance. (See
24 | Docket Entry # 66)
25 | On January 14, 2009, the Court issued an Order moving the Status Conference
26 | to January 21, 2009. (See Docket Entry # 70).
27 | On January 21, 2009, a Status Conference was held in District Court and a

further Status Conference was set for March 30, 2009 as to defendants Charles Barksdale, Donald Taylor, Kevin Dixon, Eric Mayo, and Jolene Papineau, with time excluded under the Speedy Trial Act under Title 18 U.S.C. section 3161(h)(8)(B)(ii) and Local Code T-2 due to the complex nature of the case and Title 18 U.S. C. section 3161(h)(8)(B)(iv) and Local Code T-4, the adequate time needed by counsel to adequately prepare-. (See Docket Entry # 71)

## STATUS OF DISCOVERY IN THE CASE

The government has provided discovery, both in the form of CD's and audio tape recordings which is voluminous, which the defense continues reviewing and investigating.

The government has represented that new and additional discovery is forthcoming to the defense in the form of CD's containing telephone calls from cell phones seized.

The parties stipulate and agree that time under the Speedy Trial Act shall continue be excluded **up to and including Monday, May 4, 2009,** under the Speedy Trial Act and the parties stipulate and agree that the interests of justice is served by granting this continuance outweighs the best interests of the public and the defendants in a speedy trial, Title 18 U.S.C. § 3161(h)(8)(A), for the all of the above stated factual reasons. Thus, the parties agree and stipulate that time be excluded under the Speedy Trial Act under Title 18 U.S.C. section 3161(h)(8)(B)(ii) and Local Code T-2 due to the complex nature of the case and Title 18 U.S. C. section 3161(h)(8)(B)(iv) and Local Code T-4, the adequate time needed by counsel to adequately prepare, from Monday, March 30, 2009 to and including, Monday, May 4, 2009.

Respectfully submitted,

LARRY G. BROWN  
ACTING UNITED STATES ATTORNEY

DATED: 3-27-09

/s/ Matthew D. Segal by telephone authorization
_____  
MATTHEW D. SEGAL  
ASSISTANT UNITED STATES ATTORNEYS  
ATTORNEY FOR THE PLAINTIFF

DATED: 3-27-09 /s/ Timothy Zindell–by e mail authorization  
_____  
TIMOTHY ZINDELL  
Attorney for Defendant  
Donald Taylor

DATED: 3-27-09 /s/ Joseph J. Wiseman–by e mail authorization  
_____  
JOSEPH J. WISEMAN  
Attorney for Defendant  
Kevin Dixon

DATED: 3-27-09 /s/ Michael B. Bigelow–by e mail authorization  
_____  
MICHAEL B. BIGELOW  
Attorney for Defendant  
Jolene Papineau

DATED: 3-27-09 /s/ James R. Greiner  
_____  
JAMES R. GREINER  
Attorney for Defendant  
Eric Mayo

# ORDER

This matter having come before the Court pursuant to the Stipulation of the parties, and Good Cause Appearing, therefor,

IT IS ORDERED THAT: the hearing now set for Monday, March 30, 2009, at 10:00 a.m., is vacated and the matter is set for a further status conference on Monday, May 4, 2009, at 10:00 a.m..

Further, the Court, finds that pursuant to the factual representations of the parties and the stipulation of all the parties that time will be excluded under the Speedy Trial Act under Title 18 U.S.C. section 3161(h)(8)(B)(ii) and Local Code T-2 due to the complex nature of the case and Title 18 U.S. C. section 3161(h)(8)(B)(iv) and Local Code T-4, the adequate time needed by counsel to adequately prepare. The time under the Speedy Trial Act is excluded from Monday, March 30, 2009 to Monday, May 4, 2009.

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: March 31, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

6