UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAMES KEVIN DIXON,<br><br>　　　　Defendant.<br>_____/ | No. CR. S-08-0263 FCD<br><br><br><br>**RELATED CASE ORDER** |
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAMES KEVIN DIXON,<br><br>　　　　Defendant.<br>_____/ | No. CR. S-08-0579 GEB |

　　　Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 83-123(a) (E.D. Cal. 1997). The actions involve the same defendant and are based on similar questions of fact, and would therefore entail a substantial duplication of labor if heard by different judges. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

　　　The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that these actions are assigned to the same judge; no consolidation of the actions is

1  effected.  Under the regular practice of this court, related cases are generally assigned to the
2  judge and magistrate judge to whom the first filed action was assigned.
3      IT IS THEREFORE ORDERED that the action denominated, CR.S-08-0579 is
4  reassigned to Judge Frank C. Damrell, Jr. for all further proceedings, and any dates currently set
5  in the reassigned case <u>only</u> are hereby VACATED.  Henceforth, the caption on documents filed
6  in the reassigned cases shall be shown as **CR. S-08-0579 FCD**.
7      IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the
8  assignment of criminal cases to compensate for this reassignment.
9      IT IS SO ORDERED.
10 DATED:  May 1, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE