**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P. C.**
   **1477 Drew Avenue, Suite 106**
   **Davis, California 95618**
   **Telephone:  530.759.0700**
   **Facsimile:    530.759.0800**

**Attorney for Defendant**
JAMES KEVIN DIXON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR. S-08-263 FCD |
| Plaintiff, | CR. S-08-579 FCD |
| vs. | |
| JAMES KEVIN DIXON, | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| Defendant. | |

It is hereby stipulated and agreed to between plaintiff, UNITED STATES OF AMERICA, through its counsel of record, Matthew Segal, Assistant United States Attorney, and defendant, JAMES KEVIN DIXON, through his counsel of record, Joseph J. Wiseman, and without objection from the United States Probation Officer assigned to this case, that the sentencing of defendant now scheduled for July 27, 2006 at 10:00 a.m., be rescheduled to October 5, 2009 at 10:00 a.m.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

The parties are requesting this continuance to provide the probation officer with additional time to prepare the case for sentencing.

Dated: July 7, 2009            Respectfully submitted,

            JOSEPH J. WISEMAN, P.C.


            By:    /s/ Joseph J. Wiseman

              JOSEPH J. WISEMAN
              Attorney for Defendant
              JAMES KEVIN DIXON


Dated: July 7, 2009            LAWRENCE G. BROWN
            United States Attorney


            By:    /s/ Matthew D. Segal

              MATTHEW D. SEGAL, AUSA
              Attorney for Plaintiff
              UNITED STATES OF AMERICA

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the sentencing of defendant JAMES KEVIN DIXON in the above-captioned case shall be continued to October 5, 2009 at 10:00 a.m.

Dated: July 8, 2009

            _____
            FRANK C. DAMRELL, JR.
            UNITED STATES DISTRICT JUDGE