# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition to Modify the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Name of Offender:**  Kevin James Dixon | **Docket Numbers:**  0972 2:08CR00579-01<br>0972 2:08CR00263-01 |

**Name of Judicial Officer**:   Honorable Garland E. Burrell, Jr., Senior United States District Judge

**Date of Original Sentence:**   10/5/2009

**Original Offense:** 2:08CR00579:  18 USC 922(g)(1) – Possession of a Firearm Having Been Previously Convicted of an Offense Punishable by a Term of Imprisonment Exceeding One Year (Class C Felony); 2:08CR00263:  18 USC 2314 – Interstate Transportation of Money Obtained by Fraud (Class C Felony)

 **Original Sentence:**   2:08CR00579:   78 months custody Bureau of Prisons (concurrent with Docket Number 2:08CR00263); 36 months Supervised Release (concurrent with Docket Number 2:08CR00263); $100 Special Assessment; Mandatory drug testing; No firearms; DNA collection; 2:08CR00263: 78 months custody Bureau of Prisons (concurrent with Docket Number 2:08CR00579); 36 months Supervised Release (concurrent with Docket Number 2:08CR00579); $100 Special Assessment; $124,510.00 restitution; Mandatory drug testing; No firearms; DNA collection.

**Special Conditions:**

Warrantless search
Financial disclosure
Financial restrictions
Drug/alcohol treatment
Drug/alcohol testing
Abstain from alcohol
Mental health treatment
Aftercare co-payment
Phone record disclosure
Co-defendant and Gang association restrictions

**Type of Supervision:**    Supervised  Release

**Date Supervision Commenced:**    7/24/2013

**Other Court Actions:**

<u>09/22/2014</u>: Report on Offender Under Supervision submitted alleging a positive drug test for marijuana. No formal action recommended.

<u>12/17/2014</u>: Report on Offender Under Supervision submitted alleging a New Law Violation (Battery). When questioned, the offender acknowledged he could have handled the situation differently, and the alleged victim indicated the offender did not push her, as reported by her children. No formal action recommended.

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

11. The defendant shall complete 40 hours of community service per month of supervised release as monitored by the U.S. Probation Officer. If the defendant is employed part-time, the amount of community service hours to be performed by the defendant shall be pro-rated by the United States Probation Officer.

**Justification:** On July 24, 2013, Mr. Dixon was released from custody and commenced supervision in the Middle District of Florida. His term of supervision is scheduled to expire on July 23, 2016. On March 11, 2016, Mr. Dixon tested positive for marijuana. Mr. Dixon admitted using marijuana on March 10, 2016. He was placed in weekly scheduled drug testing for sixty days beginning March 21, 2016. He tested positive for marijuana on March 16, 21, and 28, 2016. A drug sample submitted on April 4, 2016, was negative for any drug use.

Mr. Dixon's supervision will terminate on July 23, 2016, with an outstanding restitution balance. Mr. Dixon has paid a total of $950 and has a remaining balance of $123,560. According to OPERA, the last payment was received on August 24, 2015. He provided copies of money orders for payments made in September 2015 and February 2016; however, those payments were not received in the Eastern District of California. Mr. Dixon is unemployed and is primarily supported by his girlfriend. The probation officer has provided Mr. Dixon with employment search logs to monitor his diligence in gaining employment.

Based on the violation conduct, the probation officer recommends the offender's conditions be modified to include the above condition for community service. The offender has agreed to this modification and signed a waiver of hearing to modify conditions (Probation Form 49). The Court is also advised Mr. Dixon's supervision will terminate with an outstanding restitution balance.

Respectfully submitted,

*/s/ Wendy E. Reyes*

**Wendy E. Reyes**
**United States Probation Officer**
Telephone: 916-683-4375

**DATED:**    5/19/2016

Reviewed by,

**for**

**Brenda Barron-Harrell**
**Supervising United States Probation Officer**

**THE COURT ORDERS:**

☒ Modification approved as recommended.

☐ Modification not approved at this time. Probation Officer to contact Court.

☐ Other

Dated: May 19, 2016

```
_____
GARLAND E. BURRELL, JR.
Senior United States District Judge
```

CC:

United States Probation

Assistant United States Attorney: Matthew Dean Segal

Defense Counsel: Joseph J. Wiseman